ISAAK RUBINSTEIN et al., on Behalf of Themselves and Others, Appellants, *v.* JAMAICA NATIONAL BANK OF NEW YORK et al., Respondents.

Submitted May 21, 1945; decided May 24, 1945.

MOTION to amend remittitur granted. Return of remittitur requested and when returned it will be amended so as to add after the word " costs " the words " to the defendant-respondent, The Jamaica National Bank of New York." [See 294 N. Y. 727.]

DORA GUINANE et al., Appellants, *v.* WADE H. BECKER, Doing Business as BECKER WAREHOUSE Co., et al., Respondents.

Submitted May 21, 1945; decided June 5, 1945.

*Richards W. Hannah* for motion.
*Joseph C. Thomson* opposed.

Motion denied. Leave is granted to the plaintiffs to prosecute the appeal upon the printed copies of the record available to appellants.